1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP

Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
        vnewmark@pszjlaw.com
        hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for MCA Fund ADV Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Chapter 11 |
| Debtor. | Adv. No. 8-25-ap-01190-SC |
| | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | Complaint Filed: March 18, 2025<br>The Honorable Scott C. Clarkson |
| Plaintiff, | |
| vs. | |
| LAURENT REISS, et al., | |
| Defendants. | |

PACHULSKI STANG ZIEHL & JONES LLP

1    **PLEASE TAKE NOTICE** that Plaintiff and Chapter 11 Trustee Richard A. Marshack

2  (the "Trustee") and Defendant MCA Fund ADV Inc. ("MCA," together with the Trustee, the

3  "Parties"), hereby stipulate and agree (the "Stipulation"), through their respective counsel, as

4  follows:

5    A.    On March 18, 2025, Plaintiff filed a Complaint for: (1) avoidance, recovery, and

6  preservation of 2-year actual fraudulent transfers, (2) avoidance, recovery, and preservation of 2-

7  year constructive fraudulent transfers, (3) avoidance, recovery, and preservation of 4-year actual

8  fraudulent transfers, (4) avoidance, recovery, and preservation of 4-year constructive fraudulent

9  transfers, (5) avoidance, recovery, and preservation of unauthorized post-petition transfers, (6)

10  turnover, (7) Racketeer Influenced and Corrupt Organizations Act violations, (8) conspiracy, (9)

11  aiding and abetting, and (10) declaratory relief.  [Docket. No. 1].

12    B.    On March 31, 2025, Plaintiff served MCA with a copy of the Summons and

13  Complaint.  [Docket No. 7].

14    C.    The deadline for MCA to respond to the Complaint is April 28, 2025.  [Docket No.

15  5].

16    D.    On April 25, 2025, to allow MCA time to finalize retention of counsel and prepare

17  a response, Plaintiff agreed to extend the deadline for MCA to file and serve any response to

18  Plaintiff's Complaint from April 28, 2025 to **May 12, 2025**.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**STIPULATION**

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1.      The deadline for MCA Fund ADV Inc. to file and serve any response to Plaintiff's Complaint shall be extended from April 28, 2025 to **May 12, 2025**.

**IT IS SO STIPULATED.**

Dated:  April 28, 2025

**DINSMORE & SHOHL LLP**

By _____
Christopher B. Ghio
Special Counsel to Richard A. Marshack,
Trustee of the LPG Liquidation Trust

Dated:  April 28, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

By _____
Ira D. Kharasch

Dated:  April 28, 2025

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

By _____
Christopher B. Harwood (*pro hac vice* application forthcoming)

Attorneys for MCA Fund ADV Inc.

PACHULSKI STANG ZIEHL & JONES LLP