Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for MCA Fund ADV Inc.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP, P.C., | Chapter 11 |
| Debtor. | Adv. No. 8-25-ap-01190-SC |
| | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | Complaint Filed: March 18, 2025 |
| Plaintiff, | The Honorable Scott C. Clarkson |
| vs. | |
| LAURENT REISS, et al., | |
| Defendants. | |

PACHULSKI STANG ZIEHL & JONES LLP

**PLEASE TAKE NOTICE** that Plaintiff and Chapter 11 Trustee Richard A. Marshack (the "Trustee") and Defendant MCA Fund ADV Inc. ("MCA," together with the Trustee, the "Parties"), hereby stipulate and agree (the "Stipulation"), through their respective counsel, as follows:

A.      On March 18, 2025, Plaintiff filed a Complaint for: (1) avoidance, recovery, and preservation of 2-year actual fraudulent transfers, (2) avoidance, recovery, and preservation of 2-year constructive fraudulent transfers, (3) avoidance, recovery, and preservation of 4-year actual fraudulent transfers, (4) avoidance, recovery, and preservation of 4-year constructive fraudulent transfers, (5) avoidance, recovery, and preservation of unauthorized post-petition transfers, (6) turnover, (7) Racketeer Influenced and Corrupt Organizations Act violations, (8) conspiracy, (9) aiding and abetting, and (10) declaratory relief.  [Docket. No. 1].

B.      On March 31, 2025, Plaintiff served MCA with a copy of the Summons and Complaint.  [Docket No. 7].

C.      The deadline for MCA to respond to the Complaint is April 28, 2025.  [Docket No. 5].

D.      On April 25, 2025, to allow MCA time to finalize retention of counsel and prepare a response, Plaintiff agreed to extend the deadline for MCA to file and serve any response to Plaintiff's Complaint from April 28, 2025 to **May 12, 2025**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

PACHULSKI STANG ZIEHL & JONES LLP

PACHULSKI STANG ZIEHL & JONES LLP

**STIPULATION**

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1.      The deadline for MCA Fund ADV Inc. to file and serve any response to Plaintiff's Complaint shall be extended from April 28, 2025 to **May 12, 2025**.

**IT IS SO STIPULATED.**

Dated:  April 28, 2025                    **DINSMORE & SHOHL LLP**

By  _____
Christopher B. Ghio
Special Counsel to Richard A. Marshack,
Trustee of the LPG Liquidation Trust

Dated:  April 28, 2025                    **PACHULSKI STANG ZIEHL & JONES LLP**

By  _/s/ Ira D. Kharasch_____
Ira D. Kharasch

Dated:  April 28, 2025                    **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

By  _____
Christopher B. Harwood (*pro hac vice* application forthcoming)

Attorneys for MCA Fund ADV Inc.