Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for MCA Fund ADV Inc.

FILED & ENTERED

APR 29 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>        Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>        Plaintiff,<br><br>        vs.<br><br>LAURENT REISS, et al.,<br><br>        Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01190-SC<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 18, 2025<br>The Honorable Scott C. Clarkson |

1     The Court has read and considered the *Stipulation to Extend Time to Respond to Complaint*
2 (the "Stipulation"), [Docket No. 17], entered into by and between the Trustee and Defendant MCA
3 Fund ADV Inc., and has found good cause to approve the Stipulation.

4     **IT IS ORDERED:**

5     1.    The deadline for MCA Fund ADV Inc. to file and serve any response to Plaintiff's
6 Complaint shall be extended from April 28, 2025 to **May 12, 2025**.

7                                                        # # #

23
24  Date: April 29, 2025                           Scott C. Clarkson
                                                  United States Bankruptcy Judge

2