Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
Hayley R. Winograd (*pro hac vice* application forthcoming)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com
         hwinograd@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for MCA Fund ADV Inc.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>    Debtor.<br><br>_____<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>    Plaintiff,<br><br>vs.<br><br>LAURENT REISS, et al.,<br><br>    Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01190-SC<br><br>**STIPULATION TO CONTINUE DEADLINES**<br><br>Complaint Filed: March 18, 2025<br>The Honorable Scott C. Clarkson |

**PLEASE TAKE NOTICE** that Plaintiff and Chapter 11 Trustee Richard A. Marshack (the "Trustee") and Defendant MCA Fund ADV Inc. ("MCA," together with the Trustee, the "Parties"), hereby stipulate and agree (the "Second Stipulation"), through their respective counsel, as follows:

A. On March 18, 2025, Plaintiff filed a Complaint for: (1) avoidance, recovery, and preservation of 2-year actual fraudulent transfers, (2) avoidance, recovery, and preservation of 2-year constructive fraudulent transfers, (3) avoidance, recovery, and preservation of 4-year actual fraudulent transfers, (4) avoidance, recovery, and preservation of 4-year constructive fraudulent transfers, (5) avoidance, recovery, and preservation of unauthorized post-petition transfers, (6) turnover, (7) Racketeer Influenced and Corrupt Organizations Act violations, (8) conspiracy, (9) aiding and abetting, and (10) declaratory relief. [Docket. No. 1].

B. On March 31, 2025, Plaintiff served MCA with a copy of the Summons and Complaint. [Docket No. 7]

C. The initial deadline for MCA to respond to the Complaint was April 28, 2025. [Docket No. 5].

D. The status conference is to be held on May 30, 2025 at 1:30 p.m.. [*Id.*]

E. On April 28, 2025, the Parties filed a stipulation extending MCA's time to file and serve any response to the Complaint from April 28, 2025 to May 12, 2025. [Docket No. 17.]

F. On April 29, 2025, the Court approved the Parties' stipulation. [Docket No. 19].

G. At Plaintiff's request, so that all defendants shall respond to the Complaint on the same timeline, the Parties have agreed to continue the deadline for MCA to file and serve a response to Plaintiff's Complaint from May 12, 2025 to **30 days following the service of all other named defendants in this case**. The Parties also wish to continue the status conference for MCA, currently scheduled for May 30, 2025, **indefinitely**. Once all other named defendants in this case have been served, the Parties will move the Court to schedule a status conference for MCA for a date to be agreed upon by the Parties.

/ / /

/ / /

**STIPULATION**

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1. The deadline for MCA to file and serve any response to Plaintiff's Complaint shall be continued to **30 days following the service of all other named defendants in this case**.

2. The May 30, 2025 status conference for MCA shall be continued **indefinitely**. Once all other named defendants in this case have been served, the Parties will move the Court to schedule a status conference for MCA for a date to be agreed upon by the Parties.

**IT IS SO STIPULATED.**

Dated: May 12, 2025           **DINSMORE & SHOHL LLP**

                              By _____
                              Christopher B. Ghio
                              Special Counsel to Richard A. Marshack, Trustee
                              of the LPG Liquidation Trust

Dated: May 12, 2025           **PACHULSKI STANG ZIEHL & JONES LLP**

                              By  /s/*Ira D. Kharasch*
                              Ira D. Kharasch

Dated: May 12, 2025           **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

                              By _____
                              Christopher B. Harwood (*pro hac vice* application forthcoming)

                              Attorneys for MCA Fund ADV Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**8:25-ap-01190-SC Notice will be electronically mailed to:**

Ira David Kharasch on behalf of Defendant MCA Fund ADV Inc. ikharasch@pszjlaw.com

Daniel A Lev on behalf of Interested Party Courtesy NEF daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

Richard A Marshack (TR) pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Ronald N Richards on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Matthew J Stockl on behalf of Plaintiff Richard A. Marshack matthew.stockl@dinsmore.com, katrice.ortiz@dinsmore.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2025 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
4904-1257-2226.1 15344.001