United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Reiss,
    Defendant

Adv. Proc. No. 25-01190-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin     Page 1 of 1
Date Rcvd: Jul 28, 2025     Form ID: pdf031     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | LDR International Ltd., c/o Registrar of the Supreme Court, Supreme Court Registry, No. 84, Main Street, P.O. Box 418, Road Town, Tortola, VG1110 BRITISH VIRGIN ISLANDS |
| dft | | Laurent Reiss, c/o Direction des Services Judiciaires, Palais de Justice, 5, rue Colonel Bellando de Castro, Monte Carlo, Monaco, 98000 MONACO |
| dft | + | MCA Fund ADV Inc., c/o USACORP INC. (Registered Agent), 325 Division Ave, Ste 201, Brooklyn, NY 11211-7348 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | Jul 29 2025 00:50:00 | Richard A. Marshack, 870 Roosevelt, Irvine, CA 92620 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025      Signature:      /s/Gustava Winters

Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
Christopher B. Ghio (State Bar No. 259094)
Jacob R. Bothamley (State Bar No. 319457)
**DINSMORE & SHOHL LLP**
655 West Broadway, Ste 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.ghio@dinsmore.com
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
jacob.bothamley@dinsmore.com

Attorneys for Richard A. Marshack,
Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**JUL 28 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:25-ap-01190-SC<br><br>Chapter 11 |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Laurent Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO CONTINUE DEADLINES** |

1

The Court, having read and considered the Joint Stipulation to Continue Deadlines filed on July 24, 2025 as Docket No. 26 (the "Stipulation"), and with good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The Status Conference currently set for August 7, 2025 at 1:30 p.m. is continued to November 13, 2025, at 10:00 a.m. with a Status Report due 14 days before the status conference.

**IT IS SO ORDERED.**

###

Date: July 28, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2