Christopher Celentino (State Bar No. 131688)
Yosina M. Lissebeck (State Bar No. 201654)
Christopher B. Ghio (State Bar No. 259094)
Jacob R. Bothamley (State Bar No. 319457)
DINSMORE & SHOHL LLP
655 West Broadway, Ste 800
San Diego, CA 92101
Telephone: 619.400.0500
Facsimile: 619.400.0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
christopher.ghio@dinsmore.com
jacob.bothamley@dinsmore.com

Counsel to Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01190-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Laurent Reiss, a Monaco resident; MCA Fund ADV Inc., a New York Corporation; LDR International Ltd., a British Virgin Islands limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | **STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST, AND DEFENDANT MCA FUND ADV INC. TO TAKE STATUS CONFERENCE OFF CALENDAR**<br><br>Status Conference:<br>Date:  November 13, 2025<br>Time: 10:00 a.m.<br>Ctrm:  5C<br>The Honorable Scott C. Clarkson |

**PLEASE TAKE NOTICE** that Plaintiff and Trustee for the LPG Liquidating Trust, Richard A. Marshack (the "Trustee"), and Defendant MCA Fund ADV Inc. ("MCA," together with the Trustee, the "Parties"), hereby stipulate and agree, through their respective counsel, as follows:

A.  On March 18, 2025, Plaintiff filed a Complaint for: (1) avoidance, recovery, and preservation of 2-year actual fraudulent transfers, (2) avoidance, recovery, and preservation of 2-year constructive fraudulent transfers, (3) avoidance, recovery, and preservation of 4-year actual fraudulent transfers, (4) avoidance, recovery, and preservation of 4-year constructive fraudulent transfers, (5) avoidance, recovery, and preservation of unauthorized post-petition transfers, (6) turnover, (7) Racketeer Influenced and Corrupt Organizations Act violations, (8) conspiracy, (9) aiding and abetting, and (10) declaratory relief. [Docket. No. 1].

B.  On March 31, 2025, Plaintiff served MCA with a copy of the Summons and Complaint. [Docket No. 7].

C.  The initial deadline for MCA to respond to the Complaint was April 28, 2025. [Docket No. 5].

D.  The Status Conference was initially set for May 30, 2025, at 1:30 p.m. [*Id.*]

E.  On March 31, 2025, Plaintiff filed a Motion To Extend Time to Effectuate Service and Modify Summons (the "Motion"). [Docket No. 8].

F.  The Motion requested that an extension of nine (9) months to serve the foreign defendants, Laurent Reiss and LDR International Ltd. (the "Foreign Defendants"), and to modify the summons to provide the Foreign Defendants 30 days from the date of service to file a responsive pleading. [*Id.*]

G.  On April 22, 2025, the Court granted the Motion. [Docket No. 12].

H.  On April 28, 2025, the Parties filed a stipulation extending MCA's time to file and serve any response to the Complaint from April 28, 2025 to May 12, 2025 (the "First Stipulation"). [Docket No. 17.]

I.  On April 29, 2025, the Court approved the First Stipulation. [Docket No. 19.].

2

J.  On May 12, 2025, the Parties filed a second stipulation (the "Second Stipulation") to continue the deadline for MCA to file and serve a response to Plaintiff's Complaint from May 12, 2025, to 30 days following the service of all other named defendants in this case. [Docket No. 21].

K.  On May 13, 2025, the Court approved the Second Stipulation and set the status conference for MCA for August 7, 2025, at 1:30 p.m. [Docket No. 22].

L.  On July 24, 2025, the Parties filed a Third Stipulation (the "Third Stipulation"), wherein the Status Conference was continued from August 7, 2025, at 1:30 p.m. to November 13, 2025, at 10:00 a.m. [Docket No. 26].

M.  On July 28, 2025, the Court approved the Third Stipulation. [Docket No. 27].

N.  Service of the summons on all named defendants is not complete in this adversary proceeding, and the Parties wish to take the Status Conference, currently set for November 13, 2025, at 10:00 a.m. off calendar.

O.  Upon the filing of an executed service of summons on the Foreign Defendants, Plaintiff will notice a new Status Conference that will comply with the applicable provisions of the Federal Rules of Bankruptcy Procedure, and Local Rules of this Court.

P.  If upon the expiration of the nine month extension mentioned in paragraph F, service of the summons is not completed, and if there are no further extensions of time to complete service of summons, then Plaintiff will file a notice as to MCA setting a status conference in accordance with applicable provisions of the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

**STIPULATION**

WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as follows:

1.  The Status Conference, which is currently set for November 13, 2025, shall be taken off calendar.

2.  If service of the summons is completed within the nine-month extension period set forth in paragraphs F and G, or within a further authorized extension period, Plaintiff will, upon

the filing of an executed service of summons, also notice a new Status Conference in accordance with the Federal Rules of Bankruptcy Procedure and Local Rules of this Court.

    3.    If at the expiration of the nine-month extension set forth in paragraph F, and if no further extensions are granted, service of the summons is not complete, Plaintiff will provide notice to MCA of a new Status Conference to be set in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

**IT IS SO STIPULATED.**

Dated: August 18, 2025    **DINSMORE & SHOHL LLP**

By  /s/ Jacob R. Bothamley
Jacob R. Bothamley
Counsel to Richard A. Marshack, Trustee of the LPG Liquidation Trust

Dated: August 18, 2025    **PACHULSKI STANG ZIEHL & JONES LLP**

By  /s/ Victoria Newmark
Victoria Newmark
Attorneys for MCA Fund ADV Inc.

Dated: August 18, 2025    **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

By  /s/ Christopher B. Harwood
Christopher B. Harwood (*pro hac vice* application forthcoming)
Attorneys for MCA Fund ADV Inc.

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Dinsmore & Shohl LLP, 655 West Broadway, Suite 800, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN PLAINTIFF RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST, AND DEFENDANT MCA FUND ADV INC. TO TAKE STATUS CONFERENCE OFF CALENDAR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 19, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, angelica.urena@dinsmore.com
Ira David Kharasch on behalf of Defendant MCA Fund ADV Inc.
ikharasch@pszjlaw.com
Daniel A Lev on behalf of Interested Party Courtesy NEF
daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com
Matthew J Stockl on behalf of Plaintiff Richard A. Marshack
mstockl@otterbourg.com, katrice.ortiz@dinsmore.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

///

///

///

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __August 19, 2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **DEFENDANTS** | **JUDGE'S COPY** |
|---|---|
| LDR International Ltd.<br>c/o Registrar of the Supreme Court<br>Supreme Court Registry, No. 84<br>Main Street, P.O. Box 418<br>Road Town, Tortola, VG1110<br><br>Laurent Reiss<br>c/o Direction des Services Judiciaires<br>Palais de Justice<br>5, rue Colonel Bellando de Castro<br>Monte Carlo, Monaco, 98000 | The Honorable Scott C. Clarkson<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building & Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 19, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 19, 2025 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**